

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00359-CV

Brandon **HJELLA**,
Appellant

v.

**RED MCCOMBS MOTORS, LTD.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15792
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's Final Summary Judgment, signed on April 13, 2020, is REVERSED insofar as it awards "judgment for the sum of $39,615.27 in damages and costs, plus accrued prejudgment interest of $2,197.83, for a total of $41,813.10" and insofar as it awards appellate attorney's fees. The remainder of the trial court's Final Summary Judgment is AFFIRMED. The trial court's Order Granting Motion for Appellate Mandamus Attorney's Fees, signed on July 15, 2020, is REVERSED. We REMAND the case to the trial court for a redetermination of attorney's fees.

We ORDER all costs of this appeal be borne by the party that incurred them.

SIGNED March 16, 2022.

_____
Rebeca C. Martinez, Chief Justice